**Ex parte Michael Joe ELLIS.**

**No. 60926.**

Court of Criminal Appeals of Texas, En Banc.

April 4, 1979.

Robert Huttash, State's Atty., Austin, for the State.

OPINION

PHILLIPS, Judge.

This is a post-conviction application for habeas corpus filed under Article 11.07, V.A.C.C.P. ·

---

1. The writer is still of the opinion that the *Menefee* case was incorrectly decided and that it should be overruled.

Appellant was indicted for the unauthorized use of a motor vehicle without any allegation of a culpable mental state. V.T.C.A., Penal Code, Section 31.07. Such an omission is fundamental and deprives the trial court of jurisdiction to enter any judgment. *Ex parte Winton*, Tex.Cr.App., 549 S.W.2d 751, and authorities cited therein. Cf. *Allen v. State*, Tex.Cr.App., 549 S.W.2d 5. The judgment in Cause No. 9321 is set aside and the indictment dismissed. A copy of this opinion will be sent to the Texas Department of Corrections.

It is so ordered.